# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

CHARLES WILLIAMS,             :    No. 317 WAL 2016

           Petitioner        :

                             :    Petition for Allowance of Appeal from
                             :    the Order of the Commonwealth Court
      v.                     :

THE STATE OF PA. DEPT. OF     :
CORRECTIONS, JOHN WETZEL,    :
AMANDA WEST, MICHAEL OVERMYER,   :
DEPUTY SUPT. OBERLANDER,      :
DEPUTY SUPT. HORTON, LT.       :
HAGGERTY, MAJOR ENNIS, SGT.     :
BLOSS, C.O. I BERRY, C.O. III WENTZ,   :
C.O. IV DELIMPEW, C.O. I FRIEDLINE,   :
MS. SIEGEL, MR. PERRY, MS. BLAKE,    :
SGT. KRAFCZNSKI, C.O. I BARB AND    :
MR. BLICHA                        :
                             :
          Respondents      :

## ORDER

**PER CURIAM**

     **AND NOW**, this 28th day of December, 2016, the Petition for Allowance of Appeal and Request for Permission to File a Reply are denied.